**jackson | lewis**
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | GREENVILLE, SC | MORRISTOWN, NJ | PROVIDENCE, RI |
| ATLANTA, GA | HARTFORD, CT | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAINT LOUIS, MO |
| BOSTON, MA | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN DIEGO, CA |
| CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SAN FRANCISCO, CA |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | WASHINGTON, DC REGION |
| DENVER, CO | MILWAUKEE, WI | PORTLAND, OR | WHITE PLAINS, NY |

January 21, 2013

**VIA ECF**

Judge Joseph F. Bianco
U.S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

        Re: *Sidz, et al. v. E&M ESR, Inc., et al.*
           Case No.: 12-cv-4525
           *Gebarowski v. E&M ESR, Inc., et al.*
           Case No.: 12-cv-5375

Dear Jude Bianco:

  We represent the Defendants in the above referenced cases. These cases have been consolidated for pre-trial purposes. In accordance with the parties' Stipulation, "So Ordered" by the Court on January 9, 2013, we are writing to address the one disputed issue the parties agreed to submit to the Court for resolution—Plaintiffs' Plaintiffs' request to conditionally certify the collective action for the period after January 1, 2012.

I. *Background*

  Plaintiffs are former employees of E&M ESR, Inc. who allege they were denied overtime pay under the Fair Labor Standards Act ("FLSA"). They filed a collective action on behalf of allegedly similarly situated employees under 29 U.S.C. § 216(b). After an initial conference before Magistrate Judge Go, Defendants consented to send Notice to putative members of the collective action, as set forth in the January 9, 2013 Stipulation and Order. Defendants consented to permit Notice to be mailed to putative members of the collective action for the period beginning three years prior to the mailing of the Notice through January 1, 2012. But as noted in the Stipulation, the parties disagreed whether the Notice should be sent to employees who were employed after that date, and agreed to submit this one dispute to the Court for resolution.

  The Notice should not be mailed to any individual employed after January 1, 2012 because the allegedly unlawful practice challenged in the Amended Complaint was eliminated at the end of 2011. Individuals employed by Defendant E&M after that date, therefore, have no claim and there is no basis upon which to send Notice to them.



Hon. Joseph Bianco
USDC/EDNY
January 21, 2013
Page 2

Specifically, Plaintiffs allege they were not paid overtime correctly because instead of paying overtime at one and one half their hourly rate of pay, they were paid only their straight-time hourly rate for overtime hours when they worked between 40 and 50 hours; they admit they were paid overtime for hours worked beyond 50 hours. Defendants deny Plaintiffs allegations they were denied overtime pay prior to January 1, 2012 because when time spent commuting to and from work and time spent eating meals (both non-compensable time) are accounted for, they were not denied overtime. Putting the period prior to January 1, 2012 aside, however, as only the period after January 1, 2012 is relevant for purposes of the present dispute, beginning January 1, 2012 Defendants paid overtime for all hours worked over forty. Thus, there is no liability after this period, and Notice should not be sent to those employed after January 1, 2012. *See* Affidavit of Sebastian Pirog, dated January 21, 2013 (attached).

II.   *Plaintiffs' Motion for Conditional Certification for the Period After January 1, 2012 Should Be Denied*

District courts may only conditionally certify a collective action in "appropriate cases" where the plaintiff proves he is "similarly situated" to those he seeks to represent. *Hoffmann-La Roche Inc., v. Sperling*, 493 U.S. 165 (1989); *Myers v. Hertz Corp.*, 624 F.3d 537, 555 (2d Cir. 2010). The Plaintiff bears the burden of proof and is required to make a modest factual showing that they and potential opt-in plaintiffs together were victims of a common policy or plan that violated the law. *Id. Id.* Here, Plaintiffs cannot satisfy this burden because, as set forth in the attached affidavit of Sebastian Pirog, E&M *paid* overtime to individuals in the purported collective action during the period January 1, 2012 to the present.

Indeed, courts faced with similar circumstances have rightly limited the temporal scope of a putative collective action. In *Morris v. Lettire Constr., Corp.*, for example, Judge Buchwald placed an end date on the group to be included in the FLSA collective action notice process based on a practice change. 2012 U.S. Dist. LEXIS 134860, at *18-20 (S.D.N.Y. Sept. 18, 2012); *see also Walker v. HongHua Am., LLC*, 870 F. Supp. 2d 462, 472-473 (S.D. Tex. 2012)("policy change demonstrates that those employed by Defendant [after January 12, 2012] are not 'similarly situated' to those employed before that time, as they are not together 'victims of a single decision, policy, or plan,' regardless of whether FLSA violations continued to occur after that time"); *Tolentino v. C & J Spec-Rent Servs.*, 716 F. Supp. 2d 642, 654 (S.D. Tex. 2010)(placing end date based on un-rebutted policy change).

Plaintiffs have not met their burden in establishing E&M failed to pay overtime after the January 1, 2012. Accordingly, Plaintiffs' request to conditionally certify a collective action for the period after January 1, 2012 should be denied.



Hon. Joseph Bianco
USDC/EDNY
January 21, 2013
Page 3

Respectfully submitted,

JACKSON LEWIS LLP

Jeffrey W. Brecher

NPT:dc
Enclosure

cc: Lloyd Ambinder, Esq. (via ECF)
Neil H. Greenberg, Esq. (via ECF)

4847-9204-3282, v. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

ATTORNEYS OF RECORD:
    JEFFREY W. BRECHER, ESQ.
    NOEL P. TRIPP, ESQ.

------------------------------------------------------------X

DARIUSZ SIDZ, TOMASZ ORZECHOWSKI, and
ARKADIUSZ WAKULUK, individually and on behalf
of all other persons similarly situated who were
employed by E&M ESR, INC., and/or any other
entities affiliated with, controlling, or controlled by
E&M ESR, INC. and/or MAGDALENA
PALUCHIEWICZ and ERNEST PIROG,

                              Plaintiffs,          Case No. 12-cv-4525

vs.

E&M, ESR, INC., MAGDALENA PALUCHIEWICZ,
AND ERNEST PIROG, and/or any other entities
affiliated with, controlling, or controlled by E&M
ESR, INC., MAGDALENA PALUCHIEWICZ, and/or
ERNEST PIROG,

                              Defendants.

NINA GEBAROWSKI, and on behalf of all others
similarly situated,

                              Plaintiff,

                                               Case No. 12-cv-5375

vs.

E&M, ESR, INC. and MAGDALENA R.
PALUCHIEWICZ,

                              Defendants.

------------------------------------------------------------X

**AFFIDAVIT OF SEBASTIAN PIROG**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF SUFFOLK   )

Sebastian Pirog, deposes and says:

1. I serve as the Director of Operations for Defendant E&M, ESR, Inc. ("E&M"). In that role, I am familiar with how E&M pays its workers, including overtime. This affidavit is based on my personal knowledge. I am submitting this affidavit in opposition to Plaintiffs' request to send a court approved Notice to those individuals hired after January 1, 2012.

2. E & M has paid overtime to all employees Plaintiffs seek to represent in the collective action (*i.e.*, employees they designate as "drivers" or "field representatives") from the period January 1, 2012 to the present. E&M denies Plaintiffs allegations that they were denied all overtime for the period prior to January 1, 2012, but beginning January 1, 2012, E&M modified its pay practices so that, without considering time spent commuting or time spent on meals, employees were paid overtime when they work more than 40 hours in a week.

3. Attached hereto are paystubs for various individuals who were hired by E&M after January 1, 2012, and to whom Plaintiff wishes to send Notice. As is evident from the records, each employee was paid overtime when they worked more than 40 hours in a week.

_____
SEBASTIAN PIROG

Sworn to and subscribed before me
this 21st day of January, 2013.

_____
Notary Public

4852-2110-7474, v. 2

JONATHAN KAHN
Notary Public - State of New York
NO. 01KA6065261
Qualified in Suffolk County
My Commission Expires 9/3/14

2



3/7/2012

**631.58

Six Hundred Thirty-One and 58/100**************************************************************

Pay Period: 02/27/2012 - 03/04/2012

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| | | | | | Pay Period: 02/27/2012 - 03/04/2012 | | Pay Date: 03/07/2012 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | |
| Hourly Rate | 40:00 | 12.00 | 480.00 | 1,199.60 | | | |
| Hourly Overtime | 12:38 | 18.00 | 227.40 | 520.80 | | | |
| | | | 707.40 | 1,720.40 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Federal Withholding | | | -81.00 | -184.00 | | | |
| Social Security Employee | | | -29.71 | -72.26 | | | |
| Medicare Employee | | | -10.26 | -24.95 | | | |
| | | | -120.97 | -281.21 | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | |
| Expenses | | | 45.15 | 84.32 | | | |
| Net Pay | | | 631.58 | 1,523.51 | | | |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| | | | | | Pay Period: 02/27/2012 - 03/04/2012 | | Pay Date: 03/07/2012 |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | |
| Hourly Rate | 40:00 | 12.00 | 480.00 | 1,199.60 | | | |
| Hourly Overtime | 12:38 | 18.00 | 227.40 | 520.80 | | | |
| | | | 707.40 | 1,720.40 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Federal Withholding | | | -81.00 | -184.00 | | | |
| Social Security Employee | | | -29.71 | -72.26 | | | |
| Medicare Employee | | | -10.26 | -24.95 | | | |
| | | | -120.97 | -281.21 | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | |
| Expenses | | | 45.15 | 84.32 | | | |
| Net Pay | | | 631.58 | 1,523.51 | | | |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793



4/5/2012

**582.96

Five Hundred Eighty-Two and 96/100***************************************************

Pay Period: 03/26/2012 - 04/01/2012

---

Employee

Pay Period: 03/26/2012 - 04/01/2012    Pay Date: 04/05/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 480.00 |
| Hourly Overtime | 9:31 | 18.00 | 171.30 | 171.30 |
|  |  |  | 651.30 | 651.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -72.00 | -72.00 |
| Social Security Employee | -27.35 | -27.35 |
| Medicare Employee | -9.44 | -9.44 |
|  | -108.79 | -108.79 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 40.45 | 40.45 |

| Net Pay | 582.96 | 582.96 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

Employee

Pay Period: 03/26/2012 - 04/01/2012    Pay Date: 04/05/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 480.00 |
| Hourly Overtime | 9:31 | 18.00 | 171.30 | 171.30 |
|  |  |  | 651.30 | 651.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -72.00 | -72.00 |
| Social Security Employee | -27.35 | -27.35 |
| Medicare Employee | -9.44 | -9.44 |
|  | -108.79 | -108.79 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 40.45 | 40.45 |

| Net Pay | 582.96 | 582.96 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

5/10/2012

**594.19

Five Hundred Ninety-Four and 19/100*************************************************************************



Pay Period: 04/30/2012 - 05/06/2012

Employee

Pay Period: 04/30/2012 - 05/06/2012    Pay Date: 05/10/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 2,674.00 |
| Hourly Overtime | 9:14 | 18.00 | 166.20 | 1,353.00 |
| | | | 646.20 | 4,027.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -71.00 | -459.00 |
| Social Security Employee | -27.14 | -169.13 |
| Medicare Employee | -9.37 | -58.39 |
| | -107.51 | -686.52 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | -50.00 | -250.00 |
| Expenses | 105.50 | 1,386.15 |
| | 55.50 | 1,136.15 |

| Net Pay | 594.19 | 4,476.63 |
|---|---|---|

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

Employee

Pay Period: 04/30/2012 - 05/06/2012    Pay Date: 05/10/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 2,674.00 |
| Hourly Overtime | 9:14 | 18.00 | 166.20 | 1,353.00 |
| | | | 646.20 | 4,027.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -71.00 | -459.00 |
| Social Security Employee | -27.14 | -169.13 |
| Medicare Employee | -9.37 | -58.39 |
| | -107.51 | -686.52 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | -50.00 | -250.00 |
| Expenses | 105.50 | 1,386.15 |
| | 55.50 | 1,136.15 |

| Net Pay | 594.19 | 4,476.63 |
|---|---|---|

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

6/7/2012

**976.84

Nine Hundred Seventy-Six and 84/100*********************************************************

*COPY*

Pay Period: 05/28/2012 - 06/03/2012

---

Employee

Pay Period: 05/28/2012 - 06/03/2012     Pay Date: 06/07/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 5,760.00 |
| Hourly Overtime | 12:43 | 18.00 | 228.90 | 4,466.10 |
| | | | 708.90 | 10,226.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -55.00 | -921.00 |
| Social Security Employee | -29.78 | -429.50 |
| Medicare Employee | -10.28 | -148.28 |
| IL - Withholding | -33.52 | -488.23 |
| | -128.58 | -1,987.01 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 396.52 | 4,647.53 |
| Car Deduction | 0.00 | -400.00 |
| | 396.52 | 4,247.53 |

| Net Pay | 976.84 | 12,486.62 |
|---|---|---|

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

Employee

Pay Period: 05/28/2012 - 06/03/2012     Pay Date: 06/07/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 5,760.00 |
| Hourly Overtime | 12:43 | 18.00 | 228.90 | 4,466.10 |
| | | | 708.90 | 10,226.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -55.00 | -921.00 |
| Social Security Employee | -29.78 | -429.50 |
| Medicare Employee | -10.28 | -148.28 |
| IL - Withholding | -33.52 | -488.23 |
| | -128.58 | -1,987.01 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 396.52 | 4,647.53 |
| Car Deduction | 0.00 | -400.00 |
| | 396.52 | 4,247.53 |

| Net Pay | 976.84 | 12,486.62 |
|---|---|---|

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

7/25/2012

**724.29

Seven Hundred Twenty-Four and 29/100************************************************************************

COPY

Pay Period: 07/16/2012 - 07/22/2012

---

| Employee | | | | | Pay Period: 07/16/2012 - 07/22/2012 | Pay Date: 07/25/2012 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.35 | 494.00 | 9,218.00 |
| Hourly Overtime | 9:22 | 18.53 | 173.56 | 4,827.60 |
| | | | 667.56 | 14,045.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -75.00 | -1,642.00 |
| Social Security Employee | -28.04 | -589.92 |
| Medicare Employee | -9.68 | -203.66 |
| MA - Withholding | -30.55 | -651.91 |
| | -143.27 | -3,087.49 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 200.00 | 3,931.75 |
| Car Deduction | 0.00 | -350.00 |
| | 200.00 | 3,581.75 |

| Net Pay | 724.29 | 14,539.86 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

| Employee | | | | | Pay Period: 07/16/2012 - 07/22/2012 | Pay Date: 07/25/2012 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.35 | 494.00 | 9,218.00 |
| Hourly Overtime | 9:22 | 18.53 | 173.56 | 4,827.60 |
| | | | 667.56 | 14,045.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -75.00 | -1,642.00 |
| Social Security Employee | -28.04 | -589.92 |
| Medicare Employee | -9.68 | -203.66 |
| MA - Withholding | -30.55 | -651.91 |
| | -143.27 | -3,087.49 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 200.00 | 3,931.75 |
| Car Deduction | 0.00 | -350.00 |
| | 200.00 | 3,581.75 |

| Net Pay | 724.29 | 14,539.86 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

8/7/2012

**751.86

Seven Hundred Fifty-One and 86/100***********************************************************



Pay Period: 07/30/2012 - 08/05/2012

---

Employee

Pay Period: 07/30/2012 - 08/05/2012        Pay Date: 08/07/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 9,016.40 |
| Hourly Overtime | 9:04 | 18.00 | 163.20 | 2,262.30 |
|  |  |  | 643.20 | 11,278.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -20.00 | -278.00 |
| Social Security Employee | -27.02 | -473.71 |
| Medicare Employee | -9.33 | -163.54 |
| NY - Withholding | -21.16 | -346.60 |
| NY - Disability Employee | -0.60 | -11.40 |
|  | -78.11 | -1,273.25 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 186.77 | 508.85 |

| Net Pay | 751.86 | 10,514.30 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

Employee

Pay Period: 07/30/2012 - 08/05/2012        Pay Date: 08/07/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.00 | 480.00 | 9,016.40 |
| Hourly Overtime | 9:04 | 18.00 | 163.20 | 2,262.30 |
|  |  |  | 643.20 | 11,278.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -20.00 | -278.00 |
| Social Security Employee | -27.02 | -473.71 |
| Medicare Employee | -9.33 | -163.54 |
| NY - Withholding | -21.16 | -346.60 |
| NY - Disability Employee | -0.60 | -11.40 |
|  | -78.11 | -1,273.25 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Expenses | 186.77 | 508.85 |

| Net Pay | 751.86 | 10,514.30 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

9/5/2012

**511.99

Five Hundred Eleven and 99/100***********************************************************************



Pay Period: 08/27/2012 - 09/02/2012

---

| Employee | | | | | Pay Period: 08/27/2012 - 09/02/2012 | Pay Date: 09/05/2012 |
|---|---|---|---|---|---|---|
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| Hourly Rate | 40:00 | 12.65 | 506.00 | 12,811.46 | | |
| Hourly Overtime | 5:37 | 18.98 | 106.60 | 9,818.43 | | |
| | | | 612.60 | 22,629.89 | | |
| Taxes | | | Current | YTD Amount | | |
| Federal Withholding | | | -66.00 | -3,018.00 | | |
| Social Security Employee | | | -25.73 | -950.46 | | |
| Medicare Employee | | | -8.88 | -328.13 | | |
| | | | -100.61 | -4,296.59 | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | |
| Car Deduction | | | 0.00 | -450.00 | | |
| Expenses | | | 0.00 | 1,164.92 | | |
| | | | 0.00 | 714.92 | | |
| Net Pay | | | 511.99 | 19,048.22 | | |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

| Employee | | | | | Pay Period: 08/27/2012 - 09/02/2012 | Pay Date: 09/05/2012 |
|---|---|---|---|---|---|---|
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
| Hourly Rate | 40:00 | 12.65 | 506.00 | 12,811.46 | | |
| Hourly Overtime | 5:37 | 18.98 | 106.60 | 9,818.43 | | |
| | | | 612.60 | 22,629.89 | | |
| Taxes | | | Current | YTD Amount | | |
| Federal Withholding | | | -66.00 | -3,018.00 | | |
| Social Security Employee | | | -25.73 | -950.46 | | |
| Medicare Employee | | | -8.88 | -328.13 | | |
| | | | -100.61 | -4,296.59 | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | |
| Car Deduction | | | 0.00 | -450.00 | | |
| Expenses | | | 0.00 | 1,164.92 | | |
| | | | 0.00 | 714.92 | | |
| Net Pay | | | 511.99 | 19,048.22 | | |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

10/24/2012

**564.24

Five Hundred Sixty-Four and 24/100***************************************************************



Pay Period: 10/15/2012 - 10/21/2012

---

Employee

Pay Period: 10/15/2012 - 10/21/2012     Pay Date: 10/24/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.40 | 496.00 | 14,442.72 |
| Hourly Overtime | 9:49 | 18.60 | 182.59 | 5,941.22 |
|  |  |  | 678.59 | 20,383.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -76.00 | -2,352.00 |
| Social Security Employee | -28.51 | -856.13 |
| Medicare Employee | -9.84 | -295.57 |
|  | -114.35 | -3,503.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | 0.00 | -300.00 |
| Expenses | 0.00 | 1,679.03 |
|  | 0.00 | 1,379.03 |

Net Pay     564.24     18,259.27

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

Employee

Pay Period: 10/15/2012 - 10/21/2012     Pay Date: 10/24/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.40 | 496.00 | 14,442.72 |
| Hourly Overtime | 9:49 | 18.60 | 182.59 | 5,941.22 |
|  |  |  | 678.59 | 20,383.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -76.00 | -2,352.00 |
| Social Security Employee | -28.51 | -856.13 |
| Medicare Employee | -9.84 | -295.57 |
|  | -114.35 | -3,503.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | 0.00 | -300.00 |
| Expenses | 0.00 | 1,679.03 |
|  | 0.00 | 1,379.03 |

Net Pay     564.24     18,259.27

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

11/23/2012

**519.02

Five Hundred Nineteen and 02/100************************************************************************



Pay Period: 11/12/2012 - 11/18/2012

---

Employee

Pay Period: 11/12/2012 - 11/18/2012    Pay Date: 11/23/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.40 | 496.00 | 16,365.75 |
| Hourly Overtime | 6:47 | 18.60 | 126.17 | 6,475.97 |
| | | | 622.17 | 22,841.72 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -68.00 | -2,619.00 |
| Social Security Employee | -26.13 | -959.35 |
| Medicare Employee | -9.02 | -331.20 |
| | -103.15 | -3,909.55 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | 0.00 | -300.00 |
| Expenses | 0.00 | 1,682.03 |
| | 0.00 | 1,382.03 |

| Net Pay | 519.02 | 20,314.20 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

Employee

Pay Period: 11/12/2012 - 11/18/2012    Pay Date: 11/23/2012

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.40 | 496.00 | 16,365.75 |
| Hourly Overtime | 6:47 | 18.60 | 126.17 | 6,475.97 |
| | | | 622.17 | 22,841.72 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -68.00 | -2,619.00 |
| Social Security Employee | -26.13 | -959.35 |
| Medicare Employee | -9.02 | -331.20 |
| | -103.15 | -3,909.55 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | 0.00 | -300.00 |
| Expenses | 0.00 | 1,682.03 |
| | 0.00 | 1,382.03 |

| Net Pay | 519.02 | 20,314.20 |

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

12/26/2012

**574.91

Five Hundred Seventy-Four and 91/100*************************************************



Pay Period: 12/17/2012 - 12/23/2012

---

| Employee | | | | | Pay Period: 12/17/2012 - 12/23/2012 | Pay Date: 12/26/2012 |
|---|---|---|---|---|---|---|

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.65 | 506.00 | 20,907.46 |
| Hourly Overtime | 9:48 | 18.98 | 186.00 | 13,904.49 |
| | | | 692.00 | 34,811.95 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -78.00 | -4,511.00 |
| Social Security Employee | -29.06 | -1,462.10 |
| Medicare Employee | -10.03 | -504.77 |
| | -117.09 | -6,477.87 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | 0.00 | -450.00 |
| Expenses | 0.00 | 1,164.92 |
| | 0.00 | 714.92 |

| Net Pay | 574.91 | 29,049.00 |
|---|---|---|

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793

---

| Employee | | | | | Pay Period: 12/17/2012 - 12/23/2012 | Pay Date: 12/26/2012 |
|---|---|---|---|---|---|---|

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 40:00 | 12.65 | 506.00 | 20,907.46 |
| Hourly Overtime | 9:48 | 18.98 | 186.00 | 13,904.49 |
| | | | 692.00 | 34,811.95 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -78.00 | -4,511.00 |
| Social Security Employee | -29.06 | -1,462.10 |
| Medicare Employee | -10.03 | -504.77 |
| | -117.09 | -6,477.87 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Car Deduction | 0.00 | -450.00 |
| Expenses | 0.00 | 1,164.92 |
| | 0.00 | 714.92 |

| Net Pay | 574.91 | 29,049.00 |
|---|---|---|

E&M ESR Inc, 21 St. Nicholas Ave, Lake Grove, NY 11755 631-471-5793