DATE: 1/28/2013            AT: 3:05 p.m.
                                          Time: 5 min.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

DOCKET NUMBER: CV 12-4525

TITLE: Sidz v. E & M ESR

APPEARANCES:

FOR PLAINTIFF: James Murphy

FOR DEFENDANT: Jeffrey Brecher

FTR: 3:05-3:11

  X      CASE CALLED.

  X      COUNSEL FOR ALL SIDES PRESENT.

_____ COUNSEL FOR _____ NOT PRESENT.

  X      CONFERENCE HELD.

_____ DISCOVERY TO BE COMPLETED BY _____

_____ PARTIES TO COMPLETE _____ BY THE NEXT CONFERENCE OR BY _____

_____ NEXT STATUS PHONE CONFERENCE SET FOR _____

_____ CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE _____ FOR _____

_____ MOTION TO BE FILED BY //2013 ; RESPONSE BY //2013 ; REPLY BY //2013 .

_____ ORAL ARGUMENT SET FOR //2013 at _____

_____ JURY SELECTION SET FOR _____

_____ TRIAL SET FOR _____

  X      OTHER _____