UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DARIUSZ SIDZ, TOMASZ ORZECHOWSKI, and ARKADIUSZ WAKULUK, individually and on behalf of all other persons similarly situated who were employed by E&M ESR, INC., and/or any other entities affiliated with, controlling, or controlled by E&M ESR, INC. and/or MAGDALENA PALUCHIEWICZ and/or ERNEST PIROG,

Plaintiffs,

- against -

E&M ESR, INC., MAGDALENA PALUCHIEWICZ, AND ERNEST PIROG, and/or any other entities affiliated with, controlling, or controlled by E&M ESR, INC., MAGDALENA PALUCHIEWICZ, and/or ERNEST PIROG,

Defendants.

Docket No.: cv-12-4525-JAR-GO

PUBLICATION ORDER

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 05 2013  ★

L○NG --

WHEREAS, the parties having stipulated to the dissemination of a notice of pendency pursuant to 29 U.S.C. § 216(b);

**IT IS HEREBY ORDERED** that:

1.  On or before thirty (30) days after entry of this Order, the Plaintiffs or their designated representatives shall cause a copy of the Notice of Lawsuit and Consent to Join Form in English and Polish to be mailed by first class mail to:

**All individuals who were employed by E&M ESR, Inc. ("E&M"), who performed work as drivers/field representatives from [three years prior to the filing of the Notice] through December 31, 2011. This does not include supervisors, officers, executive, managerial, or administrative personnel.**

2.  The Court approves the attached form of the Notice of Lawsuit and Consent to Join form, and finds that the mailing of such Notice and Consent to Join form substantially in the manner and form set forth in paragraph 1 of this Order will constitute the best notice practicable under the circumstances to members of the collective.

1

3. Within 15 days after entry of this Order, Defendants shall furnish to Plaintiffs' counsel and, if applicable to the designated notice administrator, a list containing the names and last known address of all individuals employed by Defendants three years prior to the date of this Order through December 31, 2011. This mailing list is to be furnished in electronic form and shall be treated by the Parties as confidential and not used for any purpose other than mailing the approved form of Notice.

SO ORDERED

United States District Judge Joseph F. Bianco

Dated: Central Islip, New York
\_\_\_Feb. 5\_\_\_, 2013

2